The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMAD AL KANA, Individually and as Next Friend of M.A. and L.A.; RANA HASHEM; SAHAR AL KANA; KARIM AL KANA,

Plaintiffs,

v.

U.S. SECRETARY OF STATE; U.S. CONSULAR OFFICER, U.S. EMBASSY, AMMAN, JORDAN,

Defendants.

Case No. 2:26-cv-02323-TL

STIPULATED MOTION TO STAY PROCEEDINGS AND ~~[PROPOSED]~~ ORDER

Noted for Consideration:
October 13, 2026.

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 30 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act, challenging the U.S. Department of State's pause on immigrant visas for certain countries due to "public charge" concerns. *See* Dkt. 1 at ¶¶ 25-31.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1

With a 30-day stay, the claims in this litigation may be resolved without the need for further judicial intervention. Since the filing of Plaintiffs' Complaint, Defendants interviewed Plaintiffs on October 5, 2026. The Consular Officer determined that Plaintiffs were not inadmissible due to public charge risk. The applications were placed into administrative processing to complete final security checks. It is possible that the security checks may be completed in the imminent future. Depending on the outcome of the security checks, the case may resolve. Therefore, the parties believe that a 30-day stay is warranted to preserve judicial resources.

The parties will submit a joint status report on or before the end of this period.

DATED this 13th day of October, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendant*

I certify that this memorandum contains 257 words, in compliance with the Local Civil Rules.

*/s/Mark Stevens*
Mark Stevens (Virginia Bar # 86247, PHV)
Clark Hill PLC
601 13th Street NW, Suite 600
Washington, DC 20005
Telephone: 202-552-2358
Facsimile: 202-552-2379
mstevens@clarkhill.com

Nathaniel Vasquez (Bar # 61846)
Clark Hill PLC
1400 Wewatta St., Suite 550
Denver, Colorado 80202
Telephone: 303-674-7000
Facsimile: 720-896-2664
NVasquez@clarkhill.com

Devin T. Theriot-Orr, WSBA 33995
Open Sky Law, PLLC

20415 72nd Ave S., Ste 400
Kent, WA 98032
Telephone: 206-962-5052
Facsimile: 206-681-9663
devin@opensky.law

*Attorneys for Plaintiffs*

**~~[PROPOSED]~~ ORDER**

The case is stayed. The parties shall submit a joint status update within 30 days of this Order. It is so **ORDERED**.

Dated this 13th day of October, 2026.

TANA LIN
United States District Judge